DENNIS D. VESLEY, PLAINTIFF-APPELLANT, v. CAMBRIDGE MUTUAL FIRE INSURANCE COMPANY, A MASSACHUSETTS CORPORATION, DEFENDANT-RESPONDENT, AND SAMUEL A. GENNET, AN INDIVIDUAL, DEFENDANT.

Argued May 9, 1983—Decided June 6, 1983.

*Brian D. Vesley* argued the cause for appellant.

*Samuel A. Gennet* argued the cause for respondent (*Gennet & Kallmann,* attorneys; *Mark L. Antin,* on the brief).

PER CURIAM.

The members of the Court being equally divided, the judgment of the Appellate Division is affirmed. 189 *N.J.Super.* 521.

No costs to either party.

*For affirmance*—Chief Justice WILENTZ and Justices CLIFFORD and O'HERN—3.

*For reversal*—Justice HANDLER—1.

*For reversal and remandment*—Justices POLLOCK and GARIBALDI—2.